ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General
SHIWON CHOE (SBN 320041)
SAMUEL SOKOLSKY (SBN 348173)
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4400
Fax: (415) 703-5480
E-mail: Shiwon.Choe@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:24-cv-07885-EJD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **TIKTOK INC. and TIKTOK USDS JOINT VENTURE LLC,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

| | |
|---|---|
| **META PLATFORMS, INC.,**<br>Plaintiff,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. 5:25-cv-09792-EJD<br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **GOOGLE LLC and YOUTUBE, LLC,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. 5:25-cv-09795-EJD<br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **META PLATFORMS, INC.,**<br>Plaintiff,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. 26-cv-13201<br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **GOOGLE LLC and YOUTUBE, LLC,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | Case No. 26-cv-13204<br>**DEFENDANT'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil Local Rules 3-12(b) and 7-11, Defendant respectfully submits this Administrative Motion to Consider Whether Cases Should Be Related for the Court's consideration as to whether the newly filed cases *Meta Platforms, Inc. v. Bonta*, Case No. 26-cv-13201 (N.D. Cal. filed Nov. 4, 2026) (*Meta AB1709 Litigation*) and *Google LLC and YouTube, LLC v. Bonta*, Case No. 26-cv-13204 (N.D. Cal. filed Nov. 4, 2026) (*YouTube AB1709 Litigation*) (collectively, *AB1709 Litigations*) should be related to *Meta Platforms, Inc. v. Bonta*, Case No. 5:25-cv-09792-EJD (*Meta SB976 Litigation*) and *Google LLC and YouTube, LLC v. Bonta*, Case No. 5:25-cv-09795-EJD (*YouTube SB976 Litigation*) (collectively with *TikTok, Inc. and TikTok USDS Joint Venture LLC v. Bonta*, Case No. 5:25-cv-09789-EJD, *SB976 Litigations*).[1]

As this Court is aware, in the *SB976 Litigations*, Plaintiffs Meta Platforms, Inc. ("Meta"), TikTok, Inc. and TikTok USDS Joint Venture LLC ("TikTok"), and Google LLC and YouTube, LLC ("YouTube") have filed First Amendment as-applied challenges to the provisions of California's Protecting Our Kids from Social Media Addiction Act (Senate Bill No. 976, or "SB976") that regulate addictive feeds—that is, endless scrolls of material that internet platforms show a user to maximize the user's time on the platform, generated through the platform's monitoring of the user's online activity and personal data—as they relate to minors. In the new *AB1709 Litigations*, Meta and YouTube have filed First Amendment as-applied challenges to provisions of Assembly Bill No. 1709 ("AB1709"), including the provisions in AB1709 that regulate addictive feeds as they relate to minors. The parties in the *SB976 Litigations* and the *AB1709 Litigations* are identical.[2] The definition of "addictive feeds" in SB976 and AB1709 are

---

[1] The *Meta*, *TikTok*, and *YouTube SB976 Litigations* were themselves related to an earlier lawsuit challenging SB976, *NetChoice v. Bonta*, Case No. 5:24-cv-07885-EJD. Defendant files this motion in *NetChoice* as the lowest-numbered of all the related cases, as well as in each of the other *SB976 Litigations* and *AB1709 Litigations*, as required under Local Rule 3-12(b).

[2] Meta Platforms, Inc., Google LLC, and YouTube, LLC are plaintiffs, and Attorney General

identical. *Compare* Cal. Health & Safety Code § 27000.5(a) (enacted by SB976) *with* Cal. Bus. & Prof. Code § 22682(b) (enacted by AB1709) (effective Jan. 1, 2027) (identical definitions of "addictive feed"); *see also YouTube AB1709 Litigation* Compl. ¶¶ 1, 47–52 (alleging that SB976 is a "predecessor" to AB1709 and discussing how both laws regulate addictive feeds); *Meta AB1709 Litigation* Compl. ¶¶ 63 (similar).

For these reasons, it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases were conducted before different Judges. Defendant therefore respectfully submits that the Court should relate the newly filed *AB1709 Litigations* to the earlier filed *SB976 Litigations*.

Dated: November 5, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TODD GRABARSKY
LARA HADDAD
Supervising Deputy Attorneys General

*s/Shiwon Choe*
SHIWON CHOE
SAMUEL SOKOLSKY
Deputy Attorneys General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

---

Rob Bonta is the defendant, in both the *SB976 Litigations* and the *AB1709 Litigations*. TikTok, Inc. and TikTok USDS Joint Venture LLC are also SB976 plaintiffs and have also filed a lawsuit challenging AB1709, in the Central District of California. *See TikTok Inc. and TikTok USDS Joint Venture LLC v. Bonta*, No. 2:26-cv-12965 (C.D. Cal. filed Nov. 4, 2026).