ROB BONTA
Attorney General of California
TODD GRABARSKY (State Bar No. 286999)
LARA HADDAD
Supervising Deputy Attorneys General
SHIWON CHOE
VANESSA K. ING
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6044
Fax: (916) 731-2124
E-mail: Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

[*Additional Counsel on the Following Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **META PLATFORMS, INC.,**<br>Plaintiff,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | 3:26-cv-13201-AGT<br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING AND HEARING SCHEDULE, PERMIT A CONSOLIDATED OPPOSITION BRIEF, AND EXTEND PAGE LIMITS RELATED TO PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION** |
| **GOOGLE LLC and YOUTUBE, LLC,**<br>Plaintiffs,<br>**v.**<br>**ROB BONTA, in his official capacity as Attorney General of California,**<br>Defendant. | 5:26-cv-13204-BLF<br>**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY BRIEFING AND HEARING SCHEDULE, PERMIT A CONSOLIDATED OPPOSITION BRIEF, AND EXTEND PAGE LIMITS RELATED TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |

COOLEY LLP
BENEDICT HUR (SBN: 224018)
(bhur@cooley.com)
MICHAEL ROME (SBN: 272345)
(mrome@cooley.com)
JONATHAN PATCHEN (SBN: 237346)
(jpatchen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ELIZABETH B. PRELOGAR (SBN: 262026)
(eprelogar@cooley.com)
RAYMOND P. TOLENTINO (*Admitted Pro Hac Vice*)
(rtolentino@cooley.com)
EPHRAIM A. MCDOWELL (*Admitted Pro Hac Vice*)
(emcdowell@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

*Attorneys for Plaintiffs*
*Google LLC and YouTube, LLC*

Isaac D. Chaput (Bar No. 326923)

**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com

Alexander L. Schultz (Bar No. 340212)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
(424) 332-4800
aschultz@cov.com

*Attorneys for Plaintiff Meta Platforms, Inc.*

**STIPULATED MOTION FOR ADMINISTRATIVE RELIEF**

Pursuant to Civil Local Rules 7-11 and 7-12, Meta Platforms, Inc., Plaintiff in *Meta Platforms, Inc. v. Bonta*, No. 3:26-cv-13201-AGT (N.D. Cal.), and Google LLC and YouTube, LLC ("Google"), Plaintiffs in *Google LLC et al. v. Bonta*, No. 5:26-cv-13204-BLF (N.D Cal.) (collectively, "Plaintiffs"), and Defendant in both actions, Rob Bonta, in his official capacity as Attorney General of California (together, "the Parties"), hereby stipulate and jointly move for administrative relief to modify briefing and hearing schedule, permit a consolidated opposition brief, and extend page limits related to Plaintiffs' Motions for Preliminary Injunction. This stipulation motion is made on the following grounds:

1. On September 10, 2026, Governor Newsom signed into law California Assembly Bill No. 1709 ("AB 1709"), which is the subject of these lawsuits.

2. On November 4, 2026, Meta and Google each filed their respective lawsuits in which they challenge AB 1709. *Meta*, Dkt. No. 1; *Google*, Dkt. No. 1.

3. On November 5, 2026, Meta and Google each filed their respective Motions for Preliminary Injunction in which they sought to preliminarily enjoin AB 1709 prior to January 1, 2027, the date it goes into effect. *Meta*, Dkt. No. 6; *Google*, Dkt. No. 13.

4. Meta and Google each brought a pre-enforcement challenge against AB 1709. Given that AB 1709 goes into effect on January 1, 2027, Meta and Google each seek a ruling on their respective motions for preliminary injunction by the end of December 2026.

5. Also on November 5, 2026, Defendant filed an Administrative Motion to Consider Whether Cases Should Be Related in *NetChoice v. Bonta*, N.D. Cal. No. 5:24-cv-07885-EJD, Dkt. No. 106, in which he moved that court to relate the present *Meta* and *Google* matters to *NetChoice*. *See also Meta*, Dkt. No. 7; *Google* Dkt. No. 15.

6. On November 9, 2026, the Court in *Google* issued an order setting Google's Motion for Preliminary Injunction for a hearing date of April 8, 2027. *Google*, Dkt. No. 22.

7. Defendant's current deadline for his opposition to the Motions for Preliminary Injunction is November 19, 2026. Plaintiffs' respective replies are currently due November 27, 2026.

8. After conference of counsel, the parties HEREBY STIPULATE AND AGREE TO the following:

a. The briefing and hearing schedule on Plaintiffs' Motions for Preliminary Injunction shall be re-set as follows:

i. December 1: deadline for Defendant's opposition

ii. December 10: deadline for Plaintiffs' replies

iii. December 17, subject to the Court's availability: Hearing on Motions for Preliminary Injunction;

b. Defendant shall be permitted to file a single consolidated brief in opposition to the Motions for Preliminary Injunction of no more than 50 pages, and Plaintiffs shall be permitted to each file reply briefs, each of no more than 20 pages; and

c. Defendant shall file his responses to the Complaints no later than 30 days following the Court's ruling on the Motions for Preliminary Injunction.

9. Meta and Google reserve their right to seek a temporary restraining order with respect to AB 1709, including if the preliminary injunction hearing cannot be scheduled before the end of the calendar year.

10. This stipulation shall be without prejudice to any party's position as to whether any cases are not related.

11. The Parties have not previously requested a time or other modification in this case, nor do they anticipate that this stipulation will affect any other scheduled dates in this matter. The Parties stipulate to these dates without prejudice to any Party's right to seek modification of any dates in the future.

Dated: November 10, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General
SHIWON CHOE
VANESSA K. ING
Deputy Attorneys General

<u>*/s/ Todd Grabarsky*</u>
TODD GRABARSKY
Supervising Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

Dated: November 10, 2026

COOLEY LLP

By: */s/ Benedict Hur*
Benedict Hur

Elizabeth B. Prelogar
Raymond P. Tolentino
Ephraim A. McDowell
Benedict Hur
Michael Rome
Jonathan Patchen
*Attorneys for Plaintiffs Google LLC and YouTube, LLC*

Dated: November 10, 2026

COVINGTON & BURLING LLP

By: */s/ Alexander L. Schultz*
Alexander L. Schultz

Isaac D. Chaput
Alexander L. Schultz
*Attorneys for Plaintiff Meta Platforms, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ______________________________

______________________________
United States District Court Judge

**LOCAL RULE 5-1(i) ATTESTATION**

I, Todd Grabarsky, the attorney whose ECF credentials are used in connection with this filing, attest that each of the other signatories have concurred in the filing of this document.

Dated: November 10, 2026

*/s/ Todd Grabarsky*
Todd Grabarsky