**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to cases

24-cv-07885-EJD – *NetChoice v. Bonta*
25-cv-09789-EJD – *TikTok Inc. v. Bonta*
25-cv-09792-EJD – *Meta Platforms, Inc. v. Bonta*
25-cv-09795-EJD – *Google LLC v. Bonta*

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-13201-EJD | Meta Platforms, Inc. v. Bonta | **EJD** | |
| 26-cv-13204-EJD | Google LLC v. Bonta | **EJD** | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FED. R. CIV. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and will be rescheduled by the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

DATED: November 19, 2026

EDWARD J. DAVILA
United States District Judge